IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

UNITED STATES OF AMERICA

v.                                            **INDICTMENT**

WILLIE L. WALKER              5:17cr5-RH

_____/

**THE GRAND JURY CHARGES:**

**COUNT ONE**

On or about March 1, 2015, in the Northern District of Florida, the defendant,

**WILLIE L. WALKER,**

while acting under color of law, as a correctional officer of the State of Florida, did assault and strike W.H., an inmate at the Gulf Correctional Institution, resulting in bodily injury to W.H., and thereby did willfully deprive W.H. of a right secured and protected by the Constitution and laws of the United States, that is, the right not to be subjected to cruel and unusual punishment while in official custody and detention by one acting under color of law.

In violation of Title 18, United States Code, Section 242.

A TRUE BILL:

**REDACTED**

FOREPERSON

DATE 3-7-17

CHRISTOPHER P. CANOVA
United States Attorney

AINE AHMED
Assistant United States Attorney

2