# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PANAMA CITY DIVISION

UNITED STATES OF AMERICA

VS

CASE NO. 5:17-cr-00005-RH

WILLIE L WALKER

## WARRANT FOR ARREST

TO: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest __WILLIE L WALKER__
                                                                  Name

and bring him or her forthwith to the nearest magistrate to answer an

### Indictment

charging him or her with:

Deprivation of Rights Under Color of Law

in violation of Title 18 United States Code, Section(s) 242

| | |
|---|---|
| Jessica J. Lyublanovits<br>Name of Issuing Officer<br><br>Deputy Clerk: Kristin Cowdell | Clerk of Court<br>Title of Issuing Officer<br><br>March 8, 2017   Panama City<br>Date and Location |
| Bail fixed at $ Bail Reform Act<br>and/or in accordance with Comprehensive Crime<br>Control Act of 1984. | by Charles Stampelos<br>Name of Judicial Officer |

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at _____

SELF SURRENDED AT THE COURTHOUSE

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST<br>3/15/17 | JOHN C FANNIN USM | [signature] |

Filed03/15/17USDCFln5AM0804